UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
United States of America,

                                                    **ORDER**

        -against-

                                              7:23-CR-00492 (CS)

Traydon Lawrence,
                      Defendant.
-------------------------------------------------------X

Seibel, J.

        The Clerk of Court is directed to unseal the Magistrate case docket (7:23-MJ-01834) for Defendant Traydon Lawrence for purposes of merging the documents into this case.

**SO ORDERED.**

Dated: September 22, 2023
        White Plains, New York

                                                          _____
                                                            Cathy Seibel, U.S.D.J.